IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:09CR187 |
| v. | ) | |
| DANNY REAVES, | ) | ORDER |
| Defendant. | ) | |

Before the court is the defendant's appeal of an unopposed motion to file objections out of time, Filing No. 34. The court, after consultation with the magistrate judge and in consideration of defense counsel's plaintive pleas, grants the requested relief. The defendant is granted leave to file objections to the Report and Recommendation (Filing No. 25) on or before **September 21, 2009.**

SO ORDERED.

DATED this 18th day of September, 2009.

BY THE COURT:


s/ Joseph F. Bataillon
Chief District Judge