IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:09CR187 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| v. | ) | |
| | ) | |
| DANNY REAVES, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came up for hearing on the 8th day of July, 2010, on the defendant's motion for an Order to show cause.  The Court has been advised that the Sprint Subpoena Compliance Department has not provided any records pursuant to the subpoena issued by this Court. The failure to produce these records has necessitated the rescheduling of today's hearing.  The Court shall grant the defendant's motion for an Order to show cause.

IT IS THEREFORE ORDERED that a representative of the Sprint Subpoena Compliance Department, Sprint Spectrum, L.P., or one of its registered agents, shall appear in person before the undersigned on **July 23, 2010, at 8:30 a.m.** to show cause, if any there shall be, why the Sprint Subpoena Compliance Department and Fran Danner, Subpoena Specialist, should not be held in contempt of court.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon the Sprint Subpoena Compliance Department at 816-600-3111 by facsimile and by certified mail at 6480 Sprint Parkway, Overland Park, KS, 66251, and by the United States Marshal, upon Alan E. Peterson or John Hewitt, registered agents for Sprint Spectrum, L.P., at

Prentice-Hall Corporation System, Inc., Suite 1900, 233 South 13th Street. Lincoln, NE 68508.

DATED this 8th day of July, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief Judge, United States District Court