IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR187 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER REGARDING |
| | ) | CASH SEIZED BY THE |
| DANNY REAVES, | ) | OMAHA POLICE DEPARTMENT |
| | ) | |
| Defendant. | ) | |

Upon the oral motion of the United States made during the sentencing hearing, it is ordered that:

1.) Exhibit 29, comprised of $8,220 of United States currency and received during the trial of this matter will be delivered by the Federal Bureau of Investigation to the Clerk of the United States District Court to be applied as restitution. The delivery of the $8,220 will occur at the conclusion of any appeal of this matter or any trial on remand. It is necessary for the United States to retain custody of these items during the pendency of any appeal.

2.) EV44 and EV69, comprised of $8.50 and $109.00, is currently in the possession of the Omaha Police Department. Neither EV44 nor EV69 were introduced into evidence. The Omaha Police Department will deliver the sum of $117.50 to the Clerk of the Court to be applied pursuant to this Court's Order of restitution.

DATED this 9th day of August, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Court Judge