IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>DANNY REAVES,<br><br>     Defendant. | **8:09CR187**<br><br>**ORDER** |

This matter is before the court on the defendant's motion to amend, alter, or reconsider its order of judgment, Filing No. 186. The court has considered the motion and finds it should be denied. Accordingly,

IT IS ORDERED that the defendant's motion to amend, alter, or reconsider its order of judgment (Filing No. 186) is denied.

Dated this 21st day of September, 2012.

              BY THE COURT:

              s/ Joseph F. Bataillon
              United States District Judge