IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>DANNY REAVES,<br><br>　　　　　　　Defendant. | 8:09CR187<br><br>**ORDER** |

Before the court are:

1. Defendant's Motion for an Extension of Time to File Notice of Appeal for Certificate of Appealability (Filing No. 192) regarding this court's Memorandum and Order and Judgment (Filing Nos. 186 and 187) denying his Motion and Amended Motion under 28 U.S.C. § 2255 (Filing Nos. 161, 168), and this court's Order (Filing No. 191) denying defendant's Motion to Amend, Alter or Reconsider (Filing No. 190), and

2. Defendant's Request for a Two Week Extension to File Notice of Certificate of Appealability (Filing No. 193).

Defendant indicates that he has been unable to conduct research regarding an appeal because his unit has been in lockdown.

After considering the extension request, the court grants defendant's motions (Filing Nos. 192 and 193). Defendant is given until December 7, 2012, to file his appeal.

Dated this 28th day of November, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge