IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>DANNY REAVES,<br><br>                    Defendant. | **8:09CR187**<br><br>**ORDER** |

This matter is before the court on defendant's motion for reconsideration of judgment, Filing No. 207; motion for leave to add to his argument, Filing No. 208; and motion to add to his Fed. R. Civ. P. 60(b) motion, Flng No. 209. In his motion for relief from judgment and to reconsider pursuant to Fed. R. Civ. P. 60(b), defendant requests the court to reconsider its order of August 1, 2012, denying his motion pursuant to 28 U.S.C. § 2255. The court has carefully reviewed the request by the defendant and finds no basis for reconsidering the order. Defendant's motion is untimely and further it has no merit. For these same reasons, both Filing No. 208 and Filing No. 209 are denied.[1]

THEREFORE, IT IS ORDERED that defendant's motions, Filing Nos. 207, 208 and 209, are denied.

Dated this 17th day of September, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge

---

[1] The court notes also for the record that the defendant previously moved to reconsider, Filing No. 190, on September 13, 2012, and this court denied the same on September 21, 2012. Filing No. 191.