IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>DANNY REAVES,<br><br>               Defendant. | **8:09CR187**<br><br>**ORDER** |

      This matter is before the Court on defendant's motion to amend his motion to vacate pursuant to 28 U.S.C § 2255. Filing No. 235. The Court notes that defendant has previously filed 2255 motions and successive motions which have been denied by this Court and the Eighth Circuit Court of Appeals. *See* Filing Nos. 140, 186 and 233. This motion to amend is an attempt to again file an amended § 2255. The Court denies the same.

      THEREFORE, IT IS ORDERED THAT defendant's motion to amend, Filing No. 235, is denied

      Dated this 28th day of September, 2015

                                                        BY THE COURT:

                                                        s/ Joseph F. Bataillon
                                                        Senior United States District Judge