IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DANNY REAVES,<br><br>        Defendant. | **8:09CR187**<br><br>**ORDER** |

This matter is before the court on defendant's motion to alter or amend judgment Pursuant to Fed. Civ. P. 59(e), [Filing No. 237](). The court has reviewed the record and finds that the motion should be denied based on the court's previous filings.

THEREFORE IT IS ORDERED that defendant's motion to alter or amend judgment Pursuant to Fed. Civ. P. 59(e), [Filing No. 237](), is denied.

Dated this 3rd day of November, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge