IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DANNY REAVES,<br><br>        Defendant. | 8:09CR187<br><br>ORDER |

This matter is before the court on the defendant's motion for extension of time to file amendments to his Rule 54(b) motion. Filing No. 269. The court will grant the motion. The defendant shall file his amendments within fourteen (14) days from the date of this order.

**IT IS SO ORDERED.**

Dated this 6th day of March, 2018.

                                              BY THE COURT:

                                              s/ Joseph F. Bataillon
                                              Senior United States District Judge