IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>DANNY REAVES,<br><br>                    Defendant. | 8:09CR187<br><br><br>**ORDER** |

This matter is before the Court on defendant's motion for a final order, Filing No. 268, motion to amend his original 28 U.S.C. § 2255 petition, Filing No. 271, motion to expand the record and request discovery, Filing No. 272, and motion for evidentiary hearing, Filing No. 273.

The Court notes that defendant has previously filed 2255 motions and successive motions which have been denied by this Court and the Eighth Circuit Court of Appeals. *See* Filing Nos. 140, 186, 233, 235, 236, 237, 238, 241, 246, 249, 251, 252, 253, 254, 255, 259, and 263. This motion to amend is an attempt to again file an amended § 2255. It is untimely, it is successive, and it is frivolous. The Court denies the same.

THEREFORE, IT IS ORDERED THAT:

1. Defendant's motion for a final order, Filing No. 268, is denied;

2. Defendant's motion to amend his original 28 U.S.C. § 2255 petition, Filing No. 271, is denied;

3. Defendant's motion to expand the record and request discovery, Filing No. 272, is denied; and

4. Defendant's motion for evidentiary hearing, Filing No. 273, is denied.

Dated this 29th day of May, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge