IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:09CR187 |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DANNY REAVES, | |
| Defendant. | |

This matter is before the court on the defendant's motion to appeal, Filing No. 275, the court's order, Filing No. 274. This court's order was dated May 29, 2018. Pursuant to Fed. R. App. P. 4(b), defendant has 14 days to file his appeal. Defendant filed his appeal with the jail personnel on July 24, 2018, and it was filed with the Clerk of court on July 30, 2018. Defendant clearly failed to meet the time requirements for filing of his appeal, and he has failed to indicate any just reason for the delay. Accordingly, the court finds his notice of appeal untimely.

THEREFORE, IT IS ORDERED THAT defendant's notice of appeal, Filing No. 275, is untimely. Further, the court determines that defendant is not permitted to proceed in forma pauperis in this case.

Dated this 6th day of August, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge