IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DANNY REAVES,<br><br>                Defendant. | **8:09CR187**<br><br>**ORDER** |

Defendant seeks to appeal the Court's denial of his Motion for Recusal. Filing No. 291 (motion); Filing No. 292 (order). He has not paid the appellate filing fee. Accordingly, the Court considers whether he may proceed on appeal in forma pauperis.

Defendant has previously filed numerous untimely and frivolous post-conviction motions. *See* Filing No. 292 at 1 (summarizing previous meritless filings). The Court has also denied Defendant leave to proceed in forma pauperis when seeking to appeal his frivolous filings. *See* Filing No. 259; Filing No. 283. As the Court noted in its prior order, Defendant's motion for recusal and vacating the judgment amounted to another unauthorized successive motion under 28 U.S.C. § 2255. The Court found no basis for recusal. Accordingly, for these reasons, the Court denies Defendant leave to proceed in forma pauperis on appeal. *See* Fed. R. App. P. 24(a)(3)(A) (stating the district court can deny leave to proceed in forma pauperis to a party previously granted such a status if "the appeal is not taken in good faith or [the Court] finds that the party is not otherwise entitled to proceed in forma pauperis").

IT IS ORDERED:

1. Defendant may not proceed in forma pauperis on appeal.

2. The Clerk of Court shall provide a copy of this Memorandum and Order to the Eighth Circuit Court of Appeals.

3. The Clerk of Court shall mail a copy of this Memorandum and Order to Defendant at his last known address.

Dated this 26th day of August, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge