IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>DANNY REAVES,<br><br>             Defendant. | **8:09CR187**<br><br>**ORDER** |

Defendant has filed two notices of appeal from the same order, Filing No. 293; Filing No. 298. He has not paid the appellate filing fee for either. The Court has denied him leave to proceed in forma pauperis and has denied him a certificate of appealability. Filing No. 296; Filing No. 306. Defendant now files a separate motion to proceed in forma pauperis. Filing No. 309.

As previously summarized, Defendant has filed numerous untimely and frivolous post-conviction motions. See Filing No. 292 at 1 (summarizing previous meritless filings). The Court has denied Defendant leave to proceed in forma pauperis when seeking to appeal his frivolous filings. See Filing No. 259; Filing No. 283. As the Court noted in its prior order, Defendant's motion for recusal and vacating the judgment amounted to another unauthorized successive motion under 28 U.S.C. § 2255. The Court found no basis for recusal. Accordingly, for these reasons, the Court denied him a certificate of appealability and now reaffirms its prior determination that he is not entitled to proceed in forma pauperis on appeal. See Fed. R. App. P. 24(a)(3)(A) (stating the district court can deny leave to proceed in forma pauperis to a party previously granted such a status if "the

1

appeal is not taken in good faith or [the Court] finds that the party is not otherwise entitled to proceed in forma pauperis").

The Court advises Defendant that he is permitted to file a motion to proceed in forma pauperis in the court of appeals as provided for by Fed. R. App. P. 24(a)(5).

IT IS ORDERED:

1. Defendant is not granted leave proceed in forma pauperis on appeal, and his motion seeking the same, Filing No. 309, is denied.

2. The Clerk of Court shall provide a copy of this Order to the Eighth Circuit Court of Appeals.

3. The Clerk of Court shall mail a copy of this Order to Defendant at his last known address.

Dated this 8th day of September, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge