IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

            Plaintiff,

    vs.

DANNY REAVES,

            Defendant.

**8:09CR187**

**ORDER**

This matter comes before the Court on Defendant's Motion for Hearing. Filing No. 319. It appears that Defendant's Motion was filed on or about the same day the Court issued its Order denying Defendant's Request for Compassionate Release. Filing No. 320. The Court has reviewed Defendant's Motion and has determined that all the issues Defendant raises in the recent motion were addressed by the Court in its previous Order and an evidentiary hearing is not necessary or warranted in these circumstances.

THEREFORE, IT IS ORDERED:

Defendant's Motion for Hearing (Filing No. 319) is denied as moot.

Dated this 14th day of July 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge